UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**MAURICE BENN,**

    Petitioner,

v.                                            Case No:5:12-CV-252-Oc-10PRL

**United States of America**

    Respondent.

**ORDER**

On February 13, 2013, the undersigned conducted an evidentiary hearing on Petitioner's Motion under 28 U.S.C. §2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody. In light of the testimony adduced at the hearing, on or before **March 6, 2013**, the parties should file a post-hearing brief limited to **ten (10) pages**. Once the briefs have been filed, the undersigned will take the matter under advisement and issue a Report and Recommendation.

As stated on the record at the hearing, Petitioner's Motion to Expand the Record to Include the Attached Exhibits (Doc. 2), to which the government has no objection, is **GRANTED**. The record is expanded to include the exhibits attached to the motion.

**DONE** and **ORDERED** in Ocala, Florida on February 13, 2013.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:
Counsel of Record